AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

AMBOR L. GRAVES

*Plaintiff(s)*

v.

Civil Action No. 1:19-cv-01525-RLY-TAB

COLUMBIA DEBT RECOVERY, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COLUMBIA DEBT RECOVERY, LLC
c/o REGISTERED AGENT
ROWLAND AVENUE MANAGEMENT
7100 EVERGREEN WAY STE C
EVERETT, WA 98203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: 04/17/2019

BY: *[signature]*
Deputy Clerk

Case 1:19-cv-01525-RLY-TAB Document 7 Filed 05/01/19 Page 2 of 2 PageID #: 19
Case 1:19-cv-01525-RLY-TAB Document 5 Filed 04/17/19 Page 2 of 2 PageID #: 18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-01525

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Columbia Debt Recovery, LLC
was received by me on *(date)* 4/25/2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kevin Charlester Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Columbia Debt Recovery DBA Genesis on *(date)* 4/26/19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

I declare under penalty of perjury that this information is true.

Date: 4/26/19

Michelle Thayer #2017-23 Snohomish County
*Server's signature*

Michelle Thayer Registered Process Server
*Printed name and title*

12118 Hwy 99 #D307, Everett, WA 98204
*Server's address*

Additional information regarding attempted service, etc: